AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ginsburg, Douglas H | 2. Court or Organization  D.C. Circuit | 3. Date of Report  08/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Chief Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  U.S. Courthouse  333 Constitution Ave., N.W.  Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer on Law | University of Chicago Law School |
| 2. Visiting Professor of Law | George Mason University School of Law |
| 3. Visiting Scholar | New York Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | George Mason University; teach 2007 |
| 2. 2006 | University of Chicago, teach 2007 |
| 3. | |

2007 AUG 14 A 10: 59
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | George Mason University | $ 7,780 |
| 2. 2006 | University of Chicago | $ 17,000 |
| 3. 3/27/06 | AEI-Brookings | $ 1,000 |
| 4. 11/12/06 | Federalist Society | $ 1,000 |
| 5. 2006 | New York Law School | $ 4,000 |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Berkeley Center for Law & Technology | Travel related expenses, conference, Paris 1/12-13 |
| 2. George Mason University | Books, misc. academic expenses & conferences: Santa Barbara 3/16-19, Buenos Aires 5/16-22, Cambridge, MA 10/19-20, Guatemala 11/5-10 |
| 3. National Law Center for International Trade | Travel related expenses, lectures, Mexico City, 1/30-2/4 |
| 4. NY Intellectual Property Law Ass'n | Travel related expenses, annual dinner, NY, 3/24-26 |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/11/2007 |

| 5. | University of Southern California | Travel related expenses, moot court, CA, 3/1-6 |
|---|---|---|
| 6. | Brooklyn Law School | Travel related expenses, moot court, NY 4/7-9 |
| 7. | Federalist Society | Travel related expenses, lectures: Chicago, 2/21; Champaign 4/4; Paris/Brussels/London, 12/6-16 |
| 8. | University of Chicago | Travel related expenses, teach - 5 sessions |
| 9. | Foundation for Research on Economics and the Environment | Travel related expenses, conference, MT 8/12-18 |
| 10. | New York Law School | Travel related expenses, lecture 6/21-24, teach - 4 sessions |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Waiver of monthly dues | University Club of Washington | $ 1980.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H | 08/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TIAA/CREF retirement acct | | None | O | T | | | | | |
| 2. ALLP com | | None | J | T | | | | | |
| 3. SEP IRA acct (owns additional ALLP com) | | None | J | T | | | | | |
| 4. Creditriskmonitor.com (CRMZ com) | | None | J | T | | | | | |
| 5. Graham Field Health Prods. com. (GFIHQ com) | | None | J | T | | | | | |
| 6. TBMH com | | None | J | T | | | | | |
| 7. FidelityMuni MMF | A | Interest | L | T | Part. Sell | Var. | J | A | |
| 8. WDMG com | | None | J | T | Buy | Var. | J | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                         Date 8/10/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States Court of Appeals
## District of Columbia Circuit
### Washington, DC 20001

Douglas H. Ginsburg
Chief Judge

Telephone (202) 216-7190
Facsimile

August 10, 2007

To:          Committee on Financial Disclosure

From:      Douglas H. Ginsburg (CADC)

Re:         Recipients of Payments made to
Charitable Organizations in Lieu of Honoraria

| Date | By | Recipient | Amount |
|---|---|---|---|
| 3/27/06 | (By AEI-Brookings) | RCCA | 300 |
| | | Latin School of Chicago | 500 |
| | | UVA Parents Fund | 200 |
| 8/29/06 | (By NYLS) | Piedmont Foundation | 2,000 |
| 9/22/06 | (By NYLS) | University of Chicago | 1,000 |
| | | Institute for Humane Studies | 500 |
| | | Chateauville Foundation | 300 |
| | | Atlas Economic Research Foundation | 200 |
| 11/12/06 | (By Federalist Society) | Frick Collection | $ 800 |
| | | The Scrabble School | 200 |